NUMBER 13-08-00079-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

AZTEC FINE HOMES, INC. AND 

OSCAR DURAN, Appellants,


v.



MARIA DE LURDES ALVAREZ, Appellee. 

 

_____________________________________________________________


On appeal from the 93rd District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellants, Aztec Fine Homes, Inc. and Oscar Duran, perfected an appeal from a
judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-834-07-B. Appellants have filed an amended unopposed motion to dismiss the appeal on
grounds that the parties have reached an agreement to settle and compromise their
differences. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' amended
unopposed motion to dismiss the appeal, is of the opinion that the motion should be
granted. See Tex. R. App. P. 42.1(a). Appellants' amended motion to dismiss is granted,
and the appeal is hereby DISMISSED. Costs will be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the
appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 10th day of April, 2008.